UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEBORAH WAHLSTROM**,

    Plaintiff,

vs.

**JASON MONK**, **EDWARD BRULEY**, **GLENN VOORHESS**, **JEANINE WALKER**, and **MOUNT CLEMENS COMMUNITY SCHOOLS BOARD OF TRUSTEES**,

    Defendants.

Case No.: 15-cv-14113
Hon. Denise Page Hood
Mag. R. Steven Whalen

---

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>**Deborah L. Gordon (P27058)**<br>**Benjamin I. Shipper (P77558)**<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>bshipper@deborahgordonlaw.com | **PLUNKETT COONEY**<br>**Michael D. Weaver (P43985)**<br>**Courtney L. Nichols (P75160)**<br>Attorneys for Defendants<br>38505 Woodward Avenue, Ste. 2000<br>Bloomfield Hills, Michigan 48304<br>(248) 901-4025<br>mweaver@plunkettcooney.com<br>cnichols@plunkettcooney.com |

---

**ORDER REGARDING PLAINTIFF DEBORAH WAHLSTROM'S
MOTION TO AMEND COMPLAINT (DKT. #23) AND
MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFFS'
REQUESTS FOR PRODUCTION, COMPEL DEPOSITIONS,
<u>AND TO EXTEND THE DATES FOR DISCOVERY (DKT #24)</u>**

WHEREAS, on November 2, 2016, Plaintiff filed her Motion to Amend Complaint pursuant to Fed. R. Civ. P. 15 (Dkt. #23) ("Motion to Amend"), and her Motion to Compel Defendants' Responses to Plaintiffs' Requests for Production, Compel Depositions, and to Extend the Dates for Discovery (Dkt. #24) ("Motion to Compel");

WHEREAS, Plaintiff's Motion to Compel has been resolved by agreement between the parties;

WHEREAS, this Court conducted a hearing on Plaintiff's Motion to Amend (Dkt #23) on November 29, 2016, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend (Dkt. #23) is GRANTED for the reasons stated on the record; and

IT IS HEREBY FURTHER ORDERED that, because Plaintiff's Motion to Compel has been resolved by agreement between the parties, the terms set forth in the "Resolved Issues" portion of the filed Joint List of Resolved and Unresolved Issues (Dkt. #29), as modified by the two alterations below, are binding on the parties:

> 1. With respect to Paragraph 2 of the Resolved Issues, Patrick Maceroni is not required to submit his work computer to Spectrum Computer Forensics and Risk Management LLC ("Spectrum"); and

2. With respect to Paragraph 2 of the Resolved Issues, the individuals referenced therein must submit their personal and work computers, email addresses, and mobile devices (including phones and tablets) to Spectrum by December 16, 2016.

                                                  s/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2016

---

**CERTIFICATE OF SERVICE**

I hereby certify on December 6, 2016, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on December 6, 2016: **None**

                                                  s/Carolyn M. Ciesla
                                                  Case Manager to
                                                  Magistrate Judge R. Steven Whalen